## Commonwealth *v.* Thompson, Appellant.

Submitted September 14, 1970. *Albert Deutsch* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Romer Holleran* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Walker, Appellant.

Submitted March 18, 1970. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Anna Iwachiw Vadino,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.